## JACKSON, *ex dem.* DACKSTADER, *against* KING and NEILSON.

The Court refused to grant an attachment for *costs* on a judgment of nonsuit, against an *Oneida Indian,* who was the lessor of the plantiff in an action of ejectment; but they granted a rule to show cause on the attorney who brought the suit, not being the agent or attorney appointed by the state to manage the affairs of the *Indians,* why an attachment should not issue against him.

*CADY,* for the defendants, moved for an attachment against the lessor of the plaintiff, an *Oneida Indian,* for costs on a judgment of nonsuit.

*Sill,* contra.

*The Court* said, that they could not grant an attachment against the *Indian;* but as the suit had been brought by an attorney, who was not an agent or attorney appointed by the state to manage the affairs of the *Indians,* they granted a rule on the attorney of the plaintiff, to show cause why an attachment should not issue against him.